IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CURTIS WRIGHT | : | |
| Plaintiff | : | |
| v | : | Civil Action No.: MJG-02-3843 |
| THOMAS CORCORAN, et al. | : | |
| Defendants | : | |

. . . . .o0o. . . . .

## ORDER

The above-captioned case was placed on the inactive unassigned docket on January 2, 2003, due to the number of pending cases Plaintiff had in this Court. *See* Paper No. 4. At this time, Plaintiff does not have any other cases pending on the active docket.

Accordingly, IT IS this 20th day of April, 2005, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Clerk IS DIRECTED to place this case on the active docket and assign this case to the undersigned judge;

2. Plaintiff shall be required to inform the Court of any change of address during the pendency of this action pursuant to Local Rule 102.1.b.ii (D. Md.). Further, as required by Fed. R. Civ. P. 5, Plaintiff shall serve notice of any change of address to all counsel of record;

3. Plaintiff's Motion to Proceed In Forma Pauperis IS GRANTED provisionally, subject to later assessment of partial payments of the filing fee under the PLRA;

4. If defense counsel has some question regarding Plaintiff's indigency, counsel is to notify the Court;

5. The Clerk IS DIRECTED to MAIL a copy of this Order and Papers No. 1 and 3 to Assistant Attorney General Stephanie Lane-Weber, 19th Floor, St. Paul Plaza, 200 St. Paul Place, Baltimore, Maryland 21202 and to the Litigation Coordinator for the Maryland Correctional Adjustment Center, 401 East Madison Street, Baltimore, Maryland 21202.  If these individuals are not willing to accept service by mail on behalf of Defendants, they are requested to so notify this Court in writing after receipt of all documents.  Otherwise, this Court will understand that these individuals will accept service of process on Defendant.  If service is not accepted by these individuals, the Clerk of the Court is to cause process to be promptly issued;

6. The Clerk SHALL otherwise WITHHOLD service as to Defendants;

7. Defendants ARE DIRECTED to answer Plaintiff's complaint in accordance with Rule 12(a) of the Federal Rules of Civil Procedure and *In re: State Prisoner Litigation*, Misc. No. 00-308, Administrative Order 2002-1; and

8. If Defendants require an additional period of time in which to answer, counsel is directed to file such a request for extension within sixty (60) days, pursuant to the aforementioned Federal Civil Rule 12(a) and Misc. No 00-308.

                                                      /s/
                                          Marvin J. Garbis
                                          United States District Judge