# UNITED STATES DISTRICT COURT
**OFFICE OF THE CLERK**
## DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk

John A. Cerino, Chief Deputy

Reply to Northern Division Address

April 22, 2005

Stephanie Lane-Weber
Assistant Attorney General
Office of the Attorney General
Correctional Litigation Unit
200 St. Paul Place, 19th Floor
Baltimore, MD 21202

                Re:    Civil No. MJG-02-3843

Dear Ms. Lane-Weber:

      As instructed by the Honorable Marvin J. Garbis, United States District Court Judge, I enclose herewith a copy of the Order of Court directing defendant(s) to answer the complaint.

                Very truly yours,

                Felicia C. Cannon, Clerk

                By: _____/s/_____
                      B. Hilberg Deputy Clerk

Enclosures
cc: court file

U.S. District Court (Rev. 8/2002) - Letter to Attorney General Re: Service of Process

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov**