# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
## DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                                                                                                       Reply to Northern Division Address

April 22, 2005

Litigation Coordinator
MCAC, 401 E. Madison St.
Baltimore, MD 21202

                                                                Re:     Civil Action No. MJG-02-3843

Dear Mr. Litigation Coordinator:

        You have received a complaint for each of the defendants listed below and an Order which requires you to inform this Court as to whether you are accepting or refusing services on behalf of the defendants listed below. Please inform this Court within twenty (20) days from the date of this letter by checking the applicable response below and returning a copy of this letter to the Pro Se Unit, United States District Court, Room 4415, 101 W. Lombard Street, Baltimore, MD 21201, and to Assistant Attorney Stephanie Lane-Weber, Correctional Litigation Unit, 200 St. Paul Place, Baltimore, MD 21202. In the event you have any questions of this Court, or if the pleadings you received are incomplete, please contact the Pro Se Docket Clerk at (410) 962-2600.

| DEFENDANTS | DATE ACCEPTED | DATE REFUSED |
|---|---|---|
| Thomas Corcoran, Former Warden | _____ | _____ |
| James S. Smith, Former Security Chief | _____ | _____ |
| Frank Delbridge, Former Sgt. | _____ | _____ |

        Your anticipated cooperation will help to expedite service of process and the progress of civil cases in this Court.

                                                                Sincerely,

                                                                FELICIA C. CANNON, CLERK

                                                   By:     /s/
                                                                B. Hilberg, Deputy Clerk

Accepted and Received by:

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201 • 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov**

Page 2

_____          _____
Litigation Coordinator                                              Date

cc:     Assistant Attorney General
        Court File

U.S. District Court (Rev. 12/2000) - Letter to Correctional Institution Re: Service of Process