(410) 576-6880                                                                                          (410) 576-6340

June 8, 2005

**Staff Attorneys**
United States District Court
U.S. Courthouse
101 W. Lombard Street
Baltimore, Maryland  21201

     Re:   *Curtis Wright v. Thomas Corcoran, et al.*
            Civil Action No. MJG-02-3843

Dear Staff Attorneys:

     The Attorney General's Office in the above-captioned case accepts service on behalf of former Warden Thomas Corcoran but refuses service on behalf of former Security Chief James Smith and Sergeant Frank Delbridge. Per the Deputy Clerk's direction, the response is presently due by June 29, 2005.  I will defend this case.

                                                Very truly yours,

                                                Stephanie Lane-Weber

SLW/mvw
G:\welkerm\Open New.Cases\WRIGHT.LTR.wpd