# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CURTIS WRIGHT, #206-095 | * | |
| Plaintiff, | * | |
| v. | * | Civil No. MJG-02-3843 |
| THOMAS CORCORAN, ET AL., | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Upon consideration of the foregoing Motion for Extension of Time, it is this 7th day of ___July___, 2005, by the United States District Court for the District of Maryland,

**ORDERED**, that the time for Defendant former Warden Thomas Corcoran, to file a response to the complaint is hereby extended to and including July 29, 2005.

_____/s/_____<br>
MARVIN J. GARBIS<br>
United States District Judge

order1.wpd

SCANNED