

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CURTIS WRIGHT, #206-095 | * |
| Plaintiff, | * |
| v. | *   Civil No. MJG-02-3843 |
| THOMAS CORCORAN, ET AL., | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the foregoing Motion for Extension of Time, it is this 7th day of July, 2005, by the United States District Court for the District of Maryland,

**ORDERED**, that the time for Defendant former Warden Thomas Corcoran, to file a response to the complaint is hereby extended to and including July 29, 2005.

/s/
MARVIN J. GARBIS
United States District Judge

SCANNED

order1.wpd