**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| CURTIS WRIGHT, #206-095 | * | |
| Plaintiff, | * | |
| v. | * | Civil No. MJG-02-3843 |
| THOMAS CORCORAN, ET AL., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION FOR EXTENSION OF TIME**

Defendant, Thomas Corcoran, by his attorneys, J. Joseph Curran, Jr., Attorney General of Maryland, and Stephanie Lane-Weber, Assistant Attorney General, moves, pursuant to Fed.R.Civ.P. 6(b)(1), for an extension of time to and including August 28, 2005, to file a response to the complaint filed in the above-captioned case for the following reasons:

1. By Order dated July 7, 2005, this Court granted the Defendants an extension of time to and including July 29, 2005, within which to file a response to the complaint.

2. Although certain information and materials relating to the complaint herein have now been received by undersigned counsel, it is necessary that additional documents be obtained so that the Defendant can prepare and file a detailed response.

3. An additional thirty day period to and including August 28, 2005 within which to respond to the Complaint should be sufficient to prepare Defendant's initial pleadings.

4. This Motion is not made for purposes of delay.

WHEREFORE, it is respectfully requested that this Court grant leave for Defendant Thomas Corcoran, to file a response in the instant case on or before August 28, 2005.

          Respectfully submitted,

          J. JOSEPH CURRAN, JR.
          Attorney General of Maryland


          _____/s/_____
          STEPHANIE LANE-WEBER
          Assistant Attorney General
          General Bar No. 00023

          St. Paul Plaza - 19th Floor
          200 St. Paul Place
          Baltimore, Maryland  21202
          (410) 576-6340 (Telephone)
          (410) 576-6880 (Telefax)

          Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of July, 2005, a copy of the foregoing Motion for Extension of Time was mailed, postage prepaid, to:

Curtis Wright, #206-095

Maryland Correctional Adjustment Center
401 East Madison Street
Baltimore, Maryland 21202

                                                  /s/
                                   STEPHANIE LANE-WEBER
                                   Assistant Attorney General

G:\LANEWEBS\WPDATA\WRIGHT 3843\Pleadings\met2.wpd