**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| CURTIS WRIGHT, #206-095 | * | |
| Plaintiff, | * | |
| v. | * | Civil No. MJG-02-3843 |
| THOMAS CORCORAN, ET AL., | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **ORDER**

Upon consideration of the foregoing Motion for Extension of Time, it is this \_\_\_\_ day of _____, 2005, by the United States District Court for the District of Maryland,

**ORDERED**, that the time for Defendant Thomas Corcoran, to file a response to the complaint is hereby extended to and including September 11, 2005.

_____
MARVIN J. GARBIS
United States District Judge

G:\LANEWEBS\WPDATA\WRIGHT 3843\Pleadings\order3.wpdorder3.wpd