[Wright v. Corcoran, et al
MJG-02-0384]

SEP 09 2005

8/31/05
02-3843

Dear Clerk,

On 7/1/05, I was forwarded, by MCAC officials, an order by this court agreeing to extend defendants time to respond by 7/29/05. First of all, you should not have sent that order to MCAC in the first place because, it has been established that this court knows that I am **not** housed in MCAC. In other words, it is documented that you have sent me legal mail before to the below address. The court's plan is for my case to be dismissed for failure to respond because you and the court do not like me, as well as the other judges. I am interested in knowing why I haven't heard from the defendants thus far.

C.C.

Curtis Wright #206-095
Box 534
Jessup, Md. 20794

**SCANNED**