## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CURTIS WRIGHT, #206-095 | * |
| Plaintiff, | * |
| v. | *   Civil No. MJG-02-3843 |
| THOMAS CORCORAN, ET AL., | * |
| Defendants. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT

Defendant Thomas Corcoran, by his attorneys, J. Joseph Curran, Jr., Attorney General of Maryland, and Stephanie Lane-Weber, Assistant Attorney General, move, pursuant to Fed.R.Civ.P. 12(b), to dismiss the complaint filed herein or, in the alternative, move, pursuant to Fed.R.Civ.P. 56 for summary judgment. The grounds of the Motion are:

1. The complaint fails to state a claim upon which the relief prayed can be granted.

2. There is no genuine dispute as to any material fact and Defendant is entitled to judgment in his favor as a matter of law.

**WHEREFORE**, the Defendant prays that this Court dismiss the complaint against them or, in the alternative, award them summary judgment in this case. In

support of this Motion, Defendant submits the accompanying Memorandum of Law and Exhibits.

                                  Respectfully submitted,

                                  J. JOSEPH CURRAN, JR.
                                  Attorney General of Maryland

                                  _____/s/_____
                                  STEPHANIE LANE-WEBER
                                  Assistant Attorney General
                                  General Bar No. 00023

                                  St. Paul Plaza - 19th Floor
                                  200 St. Paul Place
                                  Baltimore, Maryland  21202
                                  (410) 576-6340 (Telephone)
                                  (410) 576-6880 (Telefax)

                                  Attorneys for Defendant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 12th day of September, 2005, a copy of the foregoing Motion to Dismiss or, in the Alternative, Motion for Summary Judgment and Memorandum in support thereof, was mailed, postage prepaid to:

Curtis Wright, #206-095
Maryland House of Correction
P.O. Box 534
Jessup, Maryland 20794

                                          /s/
                              STEPHANIE LANE-WEBER
                              Assistant Attorney General

Case 1:02-cv-03843-MJG    Document 18    Filed 09/12/2005    Page 4 of 4