**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

CURTIS WRIGHT #206-095       *

        Plaintiff,           *

      v.                *       Civil Action No. MJG-02-3843

THOMAS CORCORAN, et al.       *

        Defendants.        *

      *     *     *     *     *     *     *

## RECORDS DECLARATION

I, Donna Hansen, Correctional Officer Major and Litigation Coordinator for the Maryland Correctional Adjustment Center (MCAC), being competent to testify, hereby declare on my personal knowledge as follows:

1.      Serving in the capacities of both Litigation Coordinator and Correctional Officer Captain for MCAC, I am familiar with inmate Curtis Wright #206-095, and his allegations made in the above-captioned case. I am also familiar with the maintenance and custody of institutional records.

2.      The records attached to the Motion to Dismiss or, in the Alternative, Motion for Summary Judgement, are true and accurate copies of original records, that were made at or near The time of the recorded event, by an individual with personal knowledge of the recorded event, And were kept, made and maintained by the Division of Correction (DOC), and MCAC in the regular course of business.

**EXHIBIT 1**

I have read the above statement and hereby declare under the penalty of perjury that the foregoing is true and correct.

_____
MAJOR DONNA HANSEN

_____6/20/05_____
DATE