Appendix 1 to DCD 105-5

## DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES
## NOTICE OF INMATE RULE VIOLATION AND DISCIPLINARY HEARING

Inmate Name: Curtis Wright   ID#: 206-95   Institution: MCAC   Housing: B/Unit

Reported facts: While known along with Officer Bream #3 to create out for insulin as I approached cell #20 an inmate Curtis Wright (housed in Bed 1) was standing up the wall window closed stroking his penis in a backward and forward motion. I ordered inmate Curtis Wright to stop and get down out of the window but he continued. I then informed him that he would receive a ticket. Incident occurred at approximately 5:17 am 10-19-01

Recommended charges: 400  119  405

I solemnly affirm under the penalties of perjury and upon personal knowledge that the facts set forth in the above report are true.

Reporting Person: K Brown COII          K Brown COII     10·19·01
                 *Print Name and Title*    *Signature*      *Date*

Supervisory Review: I have reviewed the report above and take the following action:

1. Rule Violation(s) Charged (see the reverse of this form): 119, 400, 405.

2. Action Taken: ☐ Administrative Segregation  ☒ Formal Hearing  ☐ Incident Report  ☐ Informal Disposition (state below)

Comments: _____

Reviewing Person: Lt. E. Nzeadighibe          Lt. E. Nzeadighibe    10/19/2001
                  *Print Name and Title*        *Signature*          *Date*

Informal Disposition Service: If "Informal Disposition" is checked above, your signature below indicates the acceptance of the sanction offered.

Inmate's Signature: _____  ID#: _____  Date: _____

Formal Hearing Service:
1. **24 hour notice:** Prior to a hearing, you are entitled to 24 hours from the time of receipt of this notice to prepare a defense and **upon appearance before the hearing officer, a failure to notify the hearing officer shall be deemed a waiver of the right.**
2. **Representation:** You may be permitted to have representation by an inmate in the general population of this institution if you indicate their name. A failure to list your representative by name shall be deemed a waiver of the right to have representation.
   Name of Representative: Sean Germine
3. **Witnesses:** You may be permitted to call witnesses if you indicate their name(s). Such witness(es) may include the reporting person. A failure to list your witnesses by name shall be deemed a waiver of the right to call witnesses.
   Name(s) of Witness(es): Cpl Brown, SSgt Spencer

Inmate's Signature: Curtis Wright   ID #: 206-90   Date: 10/18/01
Notice Served By: D Mackey COII          Cpl Mackey      10/17
                  *Print Name and Title*   *Signature*    *Date*

☐ Inmate Refused to sign for copy   ☐ Inmate ID checked   ☐ Copy of Notice given to inmate

Appeal: You may appeal any guilty finding and/or sanction imposed within **3 calendar days of your hearing** in writing to the warden.
Distribution:   White Copy—Base File   Yellow Copy—Inmate   Pink Copy—Institution
DC Form 105-5aR *(Revised November 1999)*

**EXHIBIT 2**