Appendix 3 to DCD 105-5

Maryland Division of Correction

# Inmate Hearing Record

Name: Curtis wright #: 206095 Date of Violation: 10-19-01

## I. PRELIMINARY MATTERS

Date of Appearance: 10/31/01 Time: 10:40 AM/PM

☐ Inmate refused to appear. See attached waiver. ☐ Postponement. See reverse for explanation.

Inmate Representation: ☐ No ☒ Yes Name: [illegible]

☐ Denied. Reason:

Inmate Witnesses: ☐ No ☒ Yes Name(s) Cpl. Brown & Sgt. Spencer

☐ Denied. Reason: Waived by [illegible] (Sgt. Spencer).

Plea: ☐ Not Guilty ☐ No Plea ☐ Guilty

## II. EVIDENTIARY MATTERS

Hearing Date: 10/31/01

Institutional Presentation (List): Report

[illegible] 10-22-01 [illegible]

[illegible]

[illegible]

(See reverse for continuation of hearing record)

EXHIBIT 2 (a)