# INMATE HEARING RECORD
(Hearing Officer Decision)

Name: **Curtis Wright**  #: **206095**  Date of Violation: **10-19-01**

**HEARING OFFICER DECISION:** ☐ Dismissed   ☐ Incident Report. Rule: _____

☐ Informal Disposition. Sanction: _____

Not Guilty of: _____   Guilty of: **119, 400, 405**

Reason for Decision (state evidence weighed and findings): *[handwritten]* Having seen sufficient information in the report to support the rule violation. (1) Clearly stated the inmate Wright in cell hiding under overtake/ when ordered to stay sitting. He did know his testimony was truthful. Inmate Wright on report.

**SANCTIONS IMPOSED:** Matrix Adjustment History: _____   Effective Date: _____

| Rule | Category | Seg. Days | CR Days | CC/CS | Revoke GCC |
|---|---|---|---|---|---|
| 119 | I | 150 |  | CS | 114 |
| 400 | II | 60 |  | CC |  |
| 405 | II | 60 |  | CC |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

SEG = Segregation   CR = Cell Restriction   CC = Concurrent   CS = Consecutive   GCC = Good Conduct Credits

☐ Override: Reasons: _____

☒ Other Sanctions: Loss of (10) ten privileges for ninety (90) days from 10/31/01

HEARING OFFICER OF RECORD:   Date: **10/31/01**

Print Name and Sign: _____

DC Form 105-5c (Rev. Nov. 1997)

Distribution: White copy - Institution   Yellow copy - Inmate   Pink copy - Reporting Staff   Page ___ of ___

EXHIBIT 2 (b)