U.S. District Court For
The District of maryland

10/3/05

Curtis Wright #206-095
  Plaintiff

Civil no. MJG-02-3843

v.

Corcoran, Et al
  Defendants

### Motion For Extension Of Time

Pursuant To F.R.C.P Rule 6(b), Plaintiff Request For an Extension Of Time To, and Including, 11/4/05, So That Plaintiff Can adequately Respond To Defendants' motion.

C.C.

Respectfully Submitted,
Curtis Wright #206-095
Box 534
Jessup, md. 20794

SCANNED

The District of Maryland                    10/3/05

Curtis Wright #206-095
   Plaintiff
   v.                                Civil No. MJG-02-3843
Corcoran, Et al
   Defendants

## Certificate of Service

Plaintiff certify that on the 4th day of October, 2005, I gave a copy of the enclosed motion for extension of time to prison officials for mailing.

C. C.

                              Curtis Wright
                              Box 534
                              Jessup, Md. 20794