**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| CURTIS WRIGHT | : | |
| Plaintiff | : | |
| v | : | Civil Action No.: MJG-02-3843 |
| THOMAS CORCORAN, et al. | : | |
| Defendants | : | |

. . . . .o0o. . . . .

**ORDER**

Upon consideration of Plaintiff's Motion for Extension of Time, IT IS this  20th  day of   October  , 2005, by the United States District Court for the District of Maryland, ORDERED, that the time for Plaintiff to file a Response in Opposition to Defendants' Motion for Summary Judgment is hereby extended to and including November 5, 2005.

/s/
Marvin J. Garbis
United States District Judge