FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

'06 FEB -6 D 3:56

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CURTIS WRIGHT                            :

    Plaintiff                         :

    v.                                :       Civil Action No. MJG-02-3843

THOMAS CORCORAN, et al.                  :

    Defendants                        :

oOo

### ORDER

For the reasons stated in the foregoing Memorandum Opinion, IT IS this 6th day of February, 2006, by the United States District Court for the District of Maryland, hereby

ORDERED that:

1. Defendants' Motion to Dismiss or for Summary Judgment, construed as a Motion for Summary Judgment (Paper No. 18), IS GRANTED;

2. Judgment IS ENTERED in favor of Defendants and against Plaintiff; and

3. The Clerk IS DIRECTED to CLOSE this case.

_____
Marvin J. Garbis
United States District Judge

SCANNED